Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANO BENITEZ, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>vs.<br>SBF FINANCE AND TECHNOLOGY, LLC.; DOES 1 through 10, inclusive,<br>Defendant(s). | Case No.:<br><br>3:21-cv-00960-AJB-BLM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this action without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted this 26th Day of May, 2021.

By: s/Todd M. Friedman Esq.
Todd M. Friedman
Attorney For Plaintiff

1
2
3
**CERTIFICATE OF SERVICE**

4  Filed electronically on May 26, 2021, with:

5  United States District Court CM/ECF system

6
7  Notification sent electronically on May 26, 2021, to:

8  To the Honorable Court, all parties and their Counsel of Record

9

10 s/ Todd M. Friedman

11    Todd M. Friedman

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Notice of Dismissal - 2